# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| STEPHANIE IDELLA ADAMS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV615-098<br>) |
| EDGAR DANIEL JOHNSON, | )<br>) |
| Defendant. | ) |

## ORDER

Over four months have passed since plaintiff Stephanie Adams filed a return of service showing that defendant Edgar Johnson was served with process on August 25, 2015. *See* doc. 5 (filed September 5, 2015). Since then, nothing has happened in this case. Within 14 days of the date this Order is served, then, Adams shall show cause why this case should not be dismissed on inactivity and, thus, abandonment grounds. *See* Fed. R. Civ. P. 41(b); S.D. Ga. L.R. 41.1(c).

**SO ORDERED**, this 25th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA