# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| STEPHANIE IDELLA ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV615-098 |
| | ) | |
| EDGAR DANIEL JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In response to this Court's Order to Show Cause why this case should not be dismissed for lack of prosecution, plaintiff Stephanie Adams cited an ongoing prosecution of defendant Edgar Johnson "for crimes directly relevant to proof and damages in this complaint." Doc. 7-1 at 3. Plaintiff represented that she would seek entry of default and a stay of proceedings pending the outcome of the criminal case. *Id.* She sought entry of default against defendant, docs. 8, 9 (default entered on February 29, 2016), but did not move for a stay of proceedings or file a motion for default judgment. Nothing has happened in the eight months since.

The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case without prejudice to the right of any party with standing to reopen it. *See, e.g., In re Heritage Southwest Medical Group PA*, 464 F. App'x 285,

287 (5th Cir. 2012) ("administrative closure does not have any effect on the rights of the parties and is simply a docket-management device."). Upon reopening, the parties shall confer and present a new Scheduling Order within 14 days.[1]

**SO ORDERED,** this __5th__ day of October, 2016.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Should this litigation settle, any party with standing may move to reactive this case if settlement-enforcement is sought. See *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Am. Disability Ass'n v. Chmielarz*, 289 F.3d 1315, 1320 (11th Cir. 2002). Alternatively, the parties may elect to take no further action -- they will have settled, after all -- in which case this action will simply remain closed. *Atlantic Cas. Ins. Co. v. Suchil*, 2015 WL 1951798 at * 1 (S.D. Ga. Apr. 28, 2015).